IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JERRY D. EVRAGE | § | |
| v. | § | CIVIL ACTION NO. 6:09-CV-322 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |
| | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the action be reversed with a finding of "disabled" entered consistent with the findings therein and remanded with directions to the Commissioner to pay disability benefits to Plaintiff from April 10, 1998, based on a date last insured of December 31, 2003. No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the action is hereby **REVERSED** with a finding that Plaintiff is disabled under the Social Security Act and **REMANDED** with directions to the Commissioner to pay disability benefits to Plaintiff from April 10, 1998, based on a date last insured of December 31,

2003.  It is further

    **ORDERED** that any motion not previously ruled on is **DENIED**.

    **SIGNED this 27th day of May, 2011.**

    MICHAEL H. SCHNEIDER
    UNITED STATES DISTRICT JUDGE